

## THIRD COURT OF APPEALS
**\* \* \* \* \* \* \* \***
## CLERK'S REQUEST FOR EXTENSION
## OF TIME TO FILE CLERK'S RECORD

**Appellate Case No.:** 03-15-00100-CV          **Trial Court Case No.:** P9127

**Style:** JAMES E. WADE

_____

VS.

NANCY J. BURNS; CAROL SUE MEUTH; JOHNNY

WADE; AMANDA WADE, IND; AND AMANDA WADE,

AS INDPENDENT EXECUTOR

**Counsel/Party Requesting Record:**
Name: SHELDON E. RICHIE
Firm: RICHIE & GUERINGER, P.C.
Address: _____
100 CONGRESS AVE SUITE 1750
AUSTIN, TX 78701
Telephone: _____

I, JANET PARKER_____, District/County Clerk, am unable to file the Clerk's record in the above styled case by 3/17/2015_____ (due date) for the following reasons:

_____ Appellant has not submitted a request for preparation and/or a written designation for the record

_____ Appellant has not paid or made arrangements to pay for the record.

_____ Appellant has only made a partial payment for the record.

__X__ Appellant has made required payment and has filed a written designation, but due to work load, I have been unable to complete the record.

__X__ Other (specify):

I have received designations from multiple parties. I have received payment from only one.

_____

_____

I estimate the record in this appeal to be approximately 4_____ volumes with each volume being no more than two inches thick.

It is respectfully requested that an extension be granted to: (date) 4/17/2015_____.

**Signature:** _____

**Court:**
COUNTY COURT AT LAW

**Address:**
220 SOUTH PIERCE
BURNET, TEXAS 78611

_____

Telephone: 512-756-5406
Fax: 512-756-5410
Email Address:
ctyclk@burnetcountytexas.org

---

**NOTE:** Pursuant to TEX. R. APP. P. 35.3, each extension must not exceed 30 days in an ordinary or restricted appeal, or 10 days in an accelerated appeal.